UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
AMBER REED CORP. and CONSULTORA KILSER S.A., : 08 Civ. 440 (TPG)
:
                Plaintiffs, :
: CERTIFICATE OF SERVICE
     -against- :
:
THE REPUBLIC OF ARGENTINA, :
:
                Defendant. :
:
-------------------------------------------------------------------- X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for The Republic of Argentina, hereby certify that:

      1. On the 17th day of March 2008, the Answer of Defendant was served by First Class Mail upon:

> Joel A. Chernov, Esq.
> Dreier LLP
> 499 Park Avenue
> New York, New York 10022

      2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
          March 17, 2008

                                                    /s/Richard V. Conza
                                                      Richard V. Conza