Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| AMBER REED CORP, et al., | : 08 CV 440 (TPG) |
| Plaintiffs, | : **DECLARATION OF** |
| | : **MARIA ISABEL DIAZ GARCIA** |
| - against - | : **IN SUPPORT OF MOTION** |
| | : **FOR SUMMARY JUDGMENT** |
| THE REPUBLIC OF ARGENTINA, | : |
| Defendant. | : |

------------------------------------------------------------------x

MARIA ISABEL DIAZ GARCIA declares under penalty of perjury as follows:

1. I am the President of Amber Reed Corp. ("Amber"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2. As set forth in the Complaint, it cannot be disputed that (i) Amber owns the bonds upon which Amber has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Amber provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3. On December 24, 2007, Amber acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "1993

Fiscal Agency Agreement"),[1] in the aggregated principal amount of $500,000 having the ISIN No. US040114AH34 and CUSIP No. 040114AH3 (the "2003 Bonds"), before November 27, 2007. The 2003 Bonds are deposited under the name of Amber's bank, Merrill Lynch, and have been booked electronically by Merrill Lynch in Amber's name. A copy of Amber's most recent account statement, as of April 10, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that Amber continues to own the 2003 Bonds.

4.  Notwithstanding its payment obligations under the 2003 Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the 2003 Bonds.

5.  The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1993 Fiscal Agency Agreement.

6.  Pursuant to the "Form of the Global Bond," which is annexed as Exhibit 1 to the 1993 Fiscal Agency Agreement (the "1993 Bond Form"), the following, *inter alia*, are defined as "Events of Default:"



> (a) the Republic fails to pay any principal of any of the Bonds when due and payable or fails to pay any interest on any of the Bonds when due and payable and such failure continues for a period of 30 days; or
>
> (d) a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

1993 Bond Form at pp. 7-8.

---

[1] A copy of the 1993 Fiscal Agency Agreement and Exhibit 1 are annexed to the Complaint as Exhibits A and B, respectively.

# 549

7. The 1993 Bond Form further provides that following either of the foregoing Events of Default, a note holder, such as Amber, may give Argentina written notice and declare "the principal amount of the Bonds to be due and payable immediately," together with all accrued interest. *See* 1993 Bond Form at p. 8.

8. By letter dated January 15, 2008, Amber provided Argentina with written notice that Amber was declaring the principal and interest on the 2003 Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9. Since then, Argentina has failed to make any payment of principal or interest to Amber.

10. By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 13, 2008

_____
MARIA ISABEL DIAZ GARCIA

# EXHIBIT 1

| | | |
|---|---|---|
| PORTFOLIO | 475866 | AMBER REED CORP |
| DATE | 10 April 2008 | |
| DATE TYPE | System date | |
| SELECTED CURRENCY | USD | |
| PENDING LEVEL | BOOKED | |

**Merrill Lynch**

Merrill Lynch Bank (Suisse) S.A.
13, route de Florissant
P.O. Box 3070                Tel. +41 22 703 1717
CH-1211 Geneva 3            Fax +41 22 703 1515

---

### ASSET DISTRIBUTION

| | ASSETS (USD) | % | LIABILITIES (USD) | % |
|---|---|---|---|---|
| Cash | | | ▓▓▓▓ | |
| Fixed Income Securities | ▓▓▓▓ | | | |
| **TOTAL** | ▓▓▓▓ | | ▓▓▓▓ | |
| **NET PORTFOLIO** | ▓▓▓▓ | | | |

---

### CASH

| | Balance Ccy | Balance (USD) | %** |
|---|---|---|---|
| EURO | ▓▓▓▓ | ▓▓▓▓ | |
| U.S. DOLLAR | ▓▓▓▓ | ▓▓▓▓ | |
| Total | | ▓▓▓▓ | |

---

### FIXED INCOME SECURITIES

| Sec. Ccy | Nominal | Security | Maturity / 1st Activity Date | Purch. Price | Mkt Price | Coupon | P/L** (USD) / P/L in % | Mkt Value (USD) / Accr. Int. | %** |
|---|---|---|---|---|---|---|---|---|---|
| USD | 500'000 | ARGENTINA 93/03 8.375% | 20 Dec 03 / 24 Dec 07 | 99.70 | 37.00* | | -313'500 / -62.89 % | 185'000 / 0 | 100.00% |
| Total | | | | | | | | 185'000 | 100.00% |

---

### CURRENCY ALLOCATION

| | | Total | Exch. Rate / USD | Total (USD) | % |
|---|---|---|---|---|---|
| U.S. DOLLAR | USD | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| EURO | EUR | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| | | | | ▓▓▓▓ | ▓▓▓▓ |

# EXHIBIT 2

# DREIER LLP

ATTORNEYS AT LAW

---

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

January 14, 2008

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn. Mr. Stan Burg

Re:   **Notice of Acceleration**

Dear Mr. Burg,

We write this letter on behalf of our client, Amber Reed Corp. ("Amber").

Amber is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of December 10, 1993 (the "Fiscal Agency Agreement"). In particular, Amber is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 500,000 | US040114AH34 |

Pursuant to pages 7 and 8 of the "Form of the Global Bond", which is annexed as Exhibit 1 to the Fiscal Agency Agreement, we hereby provide the Republic with notice that Amber declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Amber.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
AMBER REED CORP., et al.,                                        :  08 CV 440 (TPG)
                                                                 :
                          Plaintiffs,                            :  **DECLARATION OF**
                                                                 :  **OMAR ANGEL CATULO**
         - against -                                             :  **IN SUPPORT OF MOTION**
                                                                 :  **FOR SUMMARY JUDGMENT**
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                          Defendant.                             :
-----------------------------------------------------------------x

OMAR ANGEL CATULO declares under penalty of perjury as follows:

1.  I am the Legal Representative of Consultora Kilser S.A. ("Kilser"), one of the plaintiffs in the above-captioned matter. I make this declaration in support of plaintiffs' motion for summary judgment as against the Republic of Argentina ("Argentina"). I have personal knowledge of the facts set forth below.

2.  As set forth in the Complaint, it cannot be disputed that (i) Kilser owns the bonds upon which Kilser has sued (the "Bonds"); (ii) Argentina has defaulted on its contractual obligations with respect to the Bonds; and (iii) Kilser provided Argentina with written notice of default accelerating Argentina's payment obligations. Accordingly, summary judgment is appropriate.

3.  On January, 1999, Kilser acquired the Bonds that were issued by Argentina pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "1994

Fiscal Agency Agreement")[1] in the aggregated principal amount of $946,000 having the ISIN No. US040114AR16 and CUSIP No. 040114AR1. The Bonds are deposited under the name of Kilser's bank, Wachovia Securities, and have been booked electronically by Wachovia Securities in Kilser's name. A copy of Kilser's most recent account statement, for the period of February 1, 2008 to February 29, 2008, is annexed hereto as Exhibit 1. That statement indisputably shows that Kilser continues to own the Bonds.

        4.    Notwithstanding its payment obligations under the Bonds, on or about December 20, 2001, Argentina announced an indefinite moratorium on the payment of principal and interest with respect to all of its foreign debt, including all payments due under the Bonds.

        5.    The declaration of the moratorium by Argentina and its failure to pay interest constitute "Events of Default" as defined by the 1994 Fiscal Agency Agreement.

        6.    In addition, Section 12 of the 1994 Fiscal Agency Agreement specifically defines "Events of Default" to include the following:

> (a) Non-Payment: the Republic fails to pay any principal of any of the Securities of such Series when due and payable or fails to pay any interest on any of the Securities of such Series when due and payable and such failure continues for a period of 30 days; or
>
> (d) Moratorium: a moratorium on the payment of principal of, or interest on, the Public External Indebtedness of the Republic shall be declared by the Republic.

        7.    Section 12 of the 1994 Fiscal Agency Agreement further provides that following either of the foregoing Events of Default, a bondholder may give Argentina written notice and declare "the principal amount of such Securities held by it to be due and payable immediately," together with all accrued interest.

---

[1] A copy of the 1994 Fiscal Agency Agreement is annexed to the Complaint as Exhibit C.

8. By letter dated January 15, 2008, Kilser provided Argentina with written notice that Kilser was declaring the principal and interest on the Bonds to be due and payable. A copy of that letter is annexed hereto as Exhibit 2.

9. Since then, Argentina has failed to make any payment of principal or interest to Kilser.

10. By reason of the foregoing, Argentina has defaulted on its obligations, and summary judgment is warranted as against it.

I declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Dated: April 22, 2008

_____
OMAR ANGEL CATULO

# EXHIBIT 1

ACCOUNT STATEMENT

# WACHOVIA SECURITIES

**Account Summary for**
**Current period ending February 29, 2008**

Wachovia Securities, LLC
For inquiries: Please call Your Financial Advisor or 1-305-995-6309

Wachovia Securities, LLC, member NYSE/SIPC. Brokerage accounts are carried by First Clearing, LLC (FCC), member NYSE/SIPC.

## Message from Our Firm

WACHOVIA SECURITIES, LLC IS ONE OF THE LARGEST FINANCIAL SERVICES ORGANIZATIONS IN THE UNITED STATES, WITH 7.3 MILLION CLIENT ACCOUNTS AND $1.3 TRILLION IN CLIENT ASSETS AS OF 12/31/2007.

## Command Asset Program News

WACHOVIA SECURITIES, LLC IS A NONBANK AFFILIATE OF WACHOVIA CORPORATION, ONE OF THE LARGEST FINANCIAL INSTITUTIONS IN THE WORLD.

IF YOU USE OUR ACCESS ONLINE SERVICE, YOU CAN CHOOSE TO RECEIVE YOUR STATEMENTS ELECTRONICALLY. SIMPLY LOG IN TO ACCESS ONLINE AND SELECT THE "ACCOUNT STATEMENTS" LINK UNDER THE ACCOUNTS & SERVICES TAB. IF YOU WOULD LIKE TO ENROLL IN OUR ACCESS ONLINE SERVICE, VISIT US AT WWW.WACHOVIASEC.COM.

003327    GKMMD41
CONSULTORA KILSER SA
JULIO A ROCA 1450 PERGAMINO
PCIA BUENOS AIRES (2700)
ARGENTINA

## Account Summary

If you have more than one account with us, why not get them linked? Your summary below will list them all. Contact Your Financial Advisor today.

| Account no. | Account Name | Previous Value | Current Value | Current Period Income | YTD Income | Unrealized Gain/Loss | YTD Realized Gain/Loss |
|---|---|---|---|---|---|---|---|
| 2086-1826 | CONSULTORA KILSER SA |  | |  | | | |

WSD41FLD    003327 061181426141    NNNNNNNNNNNNNNNNNN 000001



**WACHOVIA SECURITIES**

28,973

Page 5 of 12

ACCOUNT STATEMENT

February 1 - February 29, 2008

**CONSULTORA KILSER SA**

| Sub / Branch | / Rep | / Account No. | / CAP Account No. |
|---|---|---|---|
| 144 / L9 | / L959 | / 2086-1826 | / 9072047423 |

## Fixed Income Securities

### Foreign Bonds

Foreign Fixed Income securities may be denominated in currencies other than US dollars. Due to currency fluctuations, displayed figures for "Estimated Accrued Interest," "Estimated Annual Income" and "Estimated Annual Yield" may not reflect current exchange rates. Please contact Your Financial Advisor if you own a Foreign Fixed Income security that is denominated in other than US dollars and have additional questions.

| Description | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Accrued Interest | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|
| REPUBLIC OF ARGENTINA GLOBAL BOND NON CALL LIFE CPN 11.375% DUE 01/30/17 DTD 01/30/97 FC 07/30/97 Moody CA , S&P B+ CUSIP 040114AR1 Acquired 05/07/03 L | 946,000 | N/A## | N/A | 32.7500 | 309,815.00 | N/A | N/A | N/A | N/A |
| **Total Foreign Bonds** | **946,000** | | **N/A** | | **$309,815.00** | **$0.00** | | | |
| **Total Fixed Income Securities** | | | **N/A** | | **$309,815.00** | **$0.00** | | | |

## Open End Mutual Funds

Estimated annual income and yield refer to dividends and interest income only, and typically do not reflect total return.
If a portion of your fund position was converted, the 'Client Investment' value may include reinvestments from previously held positions.

| Description | Symbol | Quantity | Price or Adj. Cost | Cost or Other Basis | Current Price | Current Market Value | Unrealized Gain/Loss | Est. Ann. Income | Est. Ann. Yield (%) |
|---|---|---|---|---|---|---|---|---|---|

# EXHIBIT 2

# DREIER LLP

ATTORNEYS AT LAW

---

Cara S. Mittleman
Direct 212 328 6119
cmittleman@dreierllp.com

January 14, 2008

**CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

The Republic of Argentina
c/o Deutsche Bank, as Fiscal Agent
60 Wall Street
New York, NY 10005

Attn: Mr. Stan Burg

    Re: **Notice of Acceleration**

Dear Mr. Burg,

    We write this letter on behalf of our client, Consultora Kilser S.A. ("Kilser").

    Kilser is the owner of certain bonds issued by the Republic of Argentina (the "Republic") pursuant to a Fiscal Agency Agreement, dated as of October 19, 1994 (the "Fiscal Agency Agreement"). In particular, Kilser is the owner of the following bonds issued by the Republic:

| Face Amount | ISIN No. |
|---|---|
| $ 946,000 | US040114AR16 |

    Pursuant to paragraph 12 of the Fiscal Agency Agreement, we hereby provide the Republic with notice that Kilser declares the principal of and interest on the foregoing bonds to be immediately due and payable. The entire corpus and interest earned to date should be forwarded to this firm, as counsel for Kilser.

Very truly yours,

Cara S. Mittleman

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

Marc S. Dreier (MD-9713)
Joel A. Chernov (JC-8789)
Regina M. Alter (RA-7014)
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
AMBER REED CORP. and CONSULTORA KILSER S.A., :
: 08 CV 440 (TPG)
:
Plaintiffs, :
: **AFFIDAVIT**
-against- : **OF SERVICE**
:
THE REPUBLIC OF ARGENTINA, :
:
Defendant. :
------------------------------------------------------------------ x

STATE OF NEW YORK   )
                    ):ss:
COUNTY OF NEW YORK  )

ERIC PULSIPHER, being duly sworn, deposes and says:

I am over eighteen years of age, not a party to this lawsuit and reside in New York, New York. On May 14, 2008, I caused to be served by electronic delivery true copies of the foregoing *Notice of Motion, Local Rule 56.1 Statement, Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and to Strike Defendant's Discovery Requests, Declaration of Regina M. Alter* and Declarations of Plaintiffs with annexed exhibits on:

Carmine D. Boccuzzi, Esq.
Cleary Gottlieb Steen & Hamilton
cboccuzzi@cgsh.com
and/or maofiling@cgsh.com
*Attorneys for Defendants*

Eric Pulsipher

Sworn to before me this
14th day of May, 2008

Notary Public

FABIOLA OROPEZA
Notary Public, State of New York
No. 01OR6082407
Qualified in New York County
Commission Expires October 28, 2010

{00350952.DOC;}